IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA

    Plaintiff,

v.

TIMOTHY LEE BERGSMA, et al.,

    Defendants.

No. 2:23-cv-1483

**DISCLAIMER OF INTEREST AND STIPULATION OF DISMISSAL**

Noting Date: December 28, 2023

Plaintiff the United States and Defendant Craig Nelsen, hereby stipulate:

1.     The United States commenced this action on September 22, 2023, and Mr. Nelsen as a defendant pursuant to 26 U.S.C. § 7403(b) because the United States believed he may claim an interest in a parcel of real property at issue in this action located at: 31915 N.E. 114th Place, Carnation, Washington, described more specifically as bearing King County Parcel Number 404660-0650 with the following legal description:

> LOT 213, LAKE MARCEL NO. 2, ACCORDING TO THE PLAT THEREOF, RECORDED IN VOLUME 76 OF PLATS, PAGE(S) 58 THROUGH 61, IN KING COUNTY, WASHINGTON; TOGETHER WITH A PORTION OF LOT 212 OF SAID PLAT, DESCRIBED AS FOLLOWS: BEGINNING AT THE NORTHWEST CORNER OF SAID LOT 212; THENCE SOUTHWESTERLY ALONG THE WESTERLY LINE OF SAID LOT 57 FEET TO THE POINT OF BEGINNING; THENCE EASTERLY AT THE RIGHT ANGLES

Disclaimer of Interest and Stipulation of Dismissal     1

TO SAID WESTERLY LINE 6 FEET; THENCE SOUTHWESTERLY 43 FEET MORE OR LESS TO A POINT ON THE WESTERLY LINE OF SAID LOT THAT BEARS 123.89 FEET NORTHEASTERLY FROM THE SOUTHWEST CORNER THEREOF; THENCE NORTHEASTERLY ALONG SAID WESTERLY LINE TO THE POINT OF BEGINNING; (ALSO KNOWN AS LOT A OF KING COUNTY LOT LINE ADJUSTMENT NO. 8812014 RECORDED UNDER RECORDING NUMBER 8902061160).

See ECF No. 1 at 9-10.

2. Mr. Nelsen, appearing *pro se*, has received the complaint filed in this action and waived service of the summons and complaint. ECF No. 12.

3. Mr. Nelsen has not answered, otherwise responded, or filed a summary judgment motion to the United States' complaint in this action. *See* Docket Generally.

4. Mr. Nelsen hereby disclaims all interests in real property commonly described as 31915 N.E. 114th Place, Carnation, Washington, described in paragraph 1.

WHEREFORE,

A. Craig Nelsen, having no right, title, or interest in 31915 N.E. 114th Place, Carnation, Washington, is dismissed from this action pursuant to Federal Rules of Civil Procedure 41(a)(1)(A).

B. The United States and Craig Nelsen shall each bear their own costs and attorney's fees in connection with this case.

Respectfully submitted this 28th day of December 2023.

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ *Khashayar Attaran*
KHASHAYAR ATTARAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683
*Attorneys for the United States*

Disclaimer of Interest and Stipulation of Dismissal    2

1  Dated: __DEC. 28__, 2023

CRAIG NELSEN
*Pro Se*
5647 229th Ave. SE.
Issaquah, WA 98029
Craign7777@hotmail.com
Telephone: 206-419-7777.

IT IS SO ORDERED.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE

Disclaimer of Interest and Stipulation of Dismissal    3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter and are eligible to receive CM/ECF notices. In addition, I delivered the foregoing by U.S. Mail to:

Timothy Bergsma
31915 NE 114th Place
Carnation, WA 98014
*Pro Se*

Kristin L. Bergsma a/k/a Kristin L. Lynn
5555 14th Ave NW Apt 228
Seattle, Washington
*Pro Se*

Craig Nelsen
5647 229th Ave SE
Issaquah, WA 98029.
*Pro Se*

Mary B. Reiten, Attorney
Peryea Silver Taylor
1200 Fifth Avenue, Suite 1550
Seattle, Washington 98101
*Attorney for Lake Marcel Community Club, Inc.*

Kimberly Hood
Aldridge Pite LLP (Mercer Island)
9311 SE 36th St #100
Mercer Island, WA 98040
*Attorney for CitiMortgage, Inc.*

Thuy Nguyen
516 3rd Ave
W554 King County Courthouse
Seattle, WA 98104
*Attorney for King County Treasury*

John Mark Colvin
Colvin & Hallett PS
719 second Ave, Ste 711
Seattle, WA 98104
*Attorney for Melanie A Lynn, Rikki L Cooper, Victoria S Yocom, and Cassie D Lynn.*

Pacific County Treasurer
300 Memorial Dr
South Bend, WA 98586-1105

                      */s/ Khashayar Attaran*
                      KHASHAYAR ATTARAN
                      Trial Attorney, Tax Division
                      U.S. Department of Justice

---

Disclaimer of Interest and Stipulation of     5
Dismissal

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6632