IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY LEE BERGSMA, et al.,<br><br>Defendants. | 2:23-cv-01483-JHC<br><br>ORDER GRANTING MOTION TO CONSOLIDATE |

Before the Court is the United States' motion for consolidation of this case, *United States v. Timothy Bergsma et al.*, W.D. Wash Case No. 2:23-cv-01483-JHC with *CitiMortgage Inc., v. Timothy Bergsma et al.*, W.D. Wash Case No. 23-cv-1699-JHC.

Having thoroughly considered the motion and all other documents on the docket, the Court hereby GRANTS the motion and CONSOLIDATES the two cases.

**IT IS SO ORDERED.**

Dated this 5th day of January, 2024.

*John H. Chun*
———————————————
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER.                                   1