IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY LEE BERGSMA, et al.,<br><br>Defendants. | No. 2:23-cv-1483<br><br>ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER TO EXTEND ALL DEADLINES |

Before the Court is the parties' Joint Motion to Modify Scheduling Order to Extend All Deadlines. Dkt. # 34. The Court GRANTS the request for a trial date of June 2, 2025. The Court DIRECTS the Clerk to issue a new case scheduling order based on the Court's standard schedule.

Dated this 4th day of September, 2024.

_____
John H. Chun
United States District Judge

ORDER    1