IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY LEE BERGSMA, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-01483-JHC<br><br>**ORDER GRANTING JOINT STIPULATION FOR ENTRY OF JUDGMENT IN FAVOR OF THE UNITED STATES AND AGAINST TIMOTHY LEE BERGSMA** |

Before the Court is the United States' and Defendant Timothy Bergsma's Joint Stipulation for Entry of Judgment in Favor of the United States and Against Timothy Lee Bergsma. Dkt. # 38.

The Court ORDERS that the United States' and Timothy Bergsma's Joint Stipulation for Entry of Judgment is approved, and final judgment will be entered as requested by the United States and Timothy Bergsma. The parties shall bear their own fees and costs in connection with this case.

Dated this 4th day of November, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting
Joint Stipulation