Judge John H. Chun

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

TIMOTHY LEE BERGSMA, et al.,

Defendants.

No. 2:23-cv-1483

**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER TO EXTEND ALL DEADLINES**

Upon consideration of CitiMortgage Inc.'s and the United States' Joint Motion To Modify Scheduling Order To Extend All Deadlines, Dkt. # 43, and for good cause shown, it is hereby

ORDERED that the joint motion is granted. It is further ORDERED that the deadlines in this suit are extended as follows:

| Event | Original Date ECF No. 36 | Proposed Amended Dates |
|---|---|---|
| Discovery completed | 1/3/2025 | 6/3/2025 |
| All dispositive motions and motions challenging expert witness testimony | 2/3/2025 | 8/3/2025 |
| Settlement conference held no later than | 4/3/2025 | 10/3/2025 |
| All motions in limine | 4/21/2025 | 10/21/2025 |
| Agreed pretrial order | 5/12/2025 | 11/12/2025 |
| Deposition Designations | 5/14/2025 | 11/14/2025 |
| Pretrial conference | 1:30 PM 5/19/2025 | 1:30 PM 11/22/2025 |
| Trial briefs, proposed findings of fact and conclusions of law | 5/27/2025 | 11/27/2025 |
| Trial | 1:30 PM 6/2/2025 | 12/8/2025 |

**IT IS SO ORDERED.**

ORDER                                  1

Dated this 30th day of January, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER - 2