IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY LEE BERGSMA, et al.,<br><br>Defendants. | No. 2:23-cv-1483<br><br>**STIPULATION & ORDER REGARDING LIEN PRIORITY BETWEEN THE UNITED STATES AND CITIMORTGAGE, INC. AS TO 31915 N.E. 114TH PLACE, CARNATION, WASHINGTON**<br><br>**NOTING DATE: 8/20/2025** |

The United States of America and CitiMortgage, Inc. ("CitiMortgage") (together, "the Parties") stipulate as follows:

The United States filed this action to foreclose its federal tax liens against real property located in King County, Washington, among other requested relief. The real property at issue in this action (the "King County Property") is located at 31915 N.E. 114th Place, Carnation, Washington, and is more particularly described as follows:

> LOT 213, LAKE MARCEL NO. 2, ACCORDING TO THE PLAT THEREOF, RECORDED IN VOLUME 76 OF PLATS, PAGE(S) 58 THROUGH 61, IN KING COUNTY, WASHINGTON; TOGETHER WITH A PORTION OF LOT 212 OF SAID PLAT, DESCRIBED AS FOLLOWS: BEGINNING AT THE NORTHWEST CORNER OF SAID LOT 212; THENCE SOUTHWESTERLY ALONG THE WESTERLY LINE OF SAID LOT 57 FEET TO THE POINT OF BEGINNING; THENCE EASTERLY AT THE RIGHT ANGLES

Stipulation & Order re Lien Priority       1

TO SAID WESTERLY LINE 6 FEET; THENCE SOUTHWESTERLY 43 FEET MORE OR LESS TO A POINT ON THE WESTERLY LINE OF SAID LOT THAT BEARS 123.89 FEET NORTHEASTERLY FROM THE SOUTHWEST CORNER THEREOF; THENCE NORTHEASTERLY ALONG SAID WESTERLY LINE TO THE POINT OF BEGINNING; (ALSO KNOWN AS LOT A OF KING COUNTY LOT LINE ADJUSTMENT NO. 8812014 RECORDED UNDER RECORDING NUMBER 8902061160).

*See* ECF No. 1 at 9-10.

The United States claims that federal tax liens encumber the King County Property in this case. CitiMortgage claims that its lien encumbers the King County Property in this case.

The United States and CitiMortgage stipulate and agree to the following:

1. CitiMortgage holds a lien encumbering the King County Property that is senior to the United States' liens encumbering the King County Property.

2. The United States' liens are second in priority, subordinate only to CitiMortgage's lien. All other liens on the King County Property are subordinate to the United States' liens.

3. The Parties agree that CitiMortgage's lien totals $450,000.00.

4. If and when the King County Property is sold, CitiMortgage may recover no more than $450,000.00 from any sale proceeds. Any remaining sale proceeds will be paid to the United States to partially satisfy the United States' liens.

5. Each party agrees to bear their respective costs, including attorney fees and other costs associated with the litigation that would otherwise be recoverable under 26 U.S.C. § 6323(e).

WHEREFORE the parties so agree and request an order confirming the foregoing.

//
//
//
//
//
//

Stipulation & Order re Lien Priority        2

Respectfully submitted this 20th day of August 2025.

/s/ Khashayar Attaran
KHASHAYAR ATTARAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683
*Attorney for the United States*

/s/ Kimberly Hood
KIMBERLY HOOD
Aldridge Pite LLP
9311 SE 36th St. #207
Mercer Island, WA 98040
*Attorney for CitiMortgage Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: August 21, 2025.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE