UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY LEE BERGSMA, et al.,<br><br>Defendants. | CASE NO. 2:23-cv-01483-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The parties are DIRECTED to file a Joint Status Report by Tuesday, October 14, 2025, that explains what issues, if any, remain for trial, which is scheduled for December 8, 2025.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 3rd day of October 2025.

Ravi Subramanian
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 1