IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cv-01483-JHC |
| Plaintiff, | **ORDER GRANTING UNITED STATES' MOTION TO STAY CASE** |
| v. | |
| TIMOTHY LEE BERGSMA, et al., | |
| Defendants. | |

On October 9, 2025, the United States moved to stay this case in light of the lapse in appropriations. Dkt. # 53. In consideration of this motion, and for good cause shown, the Court hereby GRANTS this motion and ORDERS:

a) The case is stayed until further order of the Court,

b) All current and future deadlines are vacated,

c) The United States shall notify the Court once Congress has appropriated funds for the Department of Justice.

DATED this 10th day of October, 2025.

_____
JOHN H. CHUN
United States District Judge

Order Granting United States' Motion to Stay Case
2:23-cv-01483-JHC

1