UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY LEE BERGSMA, et al.,<br><br>Defendants. | CASE NO. 2:23-cv-01483-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiff's Notice of Restoration of Appropriated Funds and Request to Lift Stay. Dkt. # 57. Pursuant to this Court's Order granting the United States' Unopposed Motion to Stay Case in Light of Lapse of Appropriations (Dkt. # 54) and Plaintiff's subsequent notification that appropriations for the Department of Justice have been restored (Dkt. # 57), the Court hereby LIFTS the stay.

Dated this 17th day of November, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1