IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:23-cv-01483-JHC |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING UNITED** |
| | ) | **STATES' MOTION TO EXTEND** |
| v. | ) | **TIME TO SUBSTITUTE PROPER** |
| | ) | **PARTY** |
| TIMOTHY LEE BERGSMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On March 5, 2026 the United States moved to extend the time to substitute the proper party for Timothy Lee Bergsma. Dkt. # 61. In consideration of this motion, and for good cause shown, the Court hereby GRANTS this motion and ORDERS:

a)    The deadline to substitute a successor or representative for Timothy Lee Bergsma is extended to June 8, 2026.

DATED this 19th day of March, 2026.

_____
JOHN H. CHUN
United States District Judge

Order Granting United States' Motion to
Extend Deadline
2:23-cv-01483-JHC